COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Lindapone Phanprasa v. The State of Texas

Appellate case number:    01-19-00487-CR

Trial court case number:  1470812

Trial court:                       178th District Court of Harris County

On April 19, 2022, the Court granted appellant's motion to abate this appeal and remand the case to the trial court to consider appellant's motion for new trial. The district court clerk's website indicates that appellant's motion for new trial was filed on May 17, 2022 and denied on August 1, 2022. The Court requests that, within **7 days** of this order, the district court clerk file a supplemental clerk's record containing (1) appellant's motion for new trial and related pleadings, and (2) the trial court's findings, recommendations, and orders regarding the motion for new trial.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                    Acting individually

Date: _____October 27, 2022_____